**UNITED STATES of America, v. Alphonso LONGOBARDI.**

No. 8287.

Circuit Court of Appeals, Ninth Circuit.

July 27, 1936.

Peirson M. Hall, U. S. Atty., and Ernest D. Fooks, Atty., Department of Justice, both of Los Angeles, Cal., for the United States.

David Spaulding, of West Los Angeles, Cal., for appellee.

Before GARRECHT and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America v. Herman M. McKINNEY.**

No. 7295.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1936.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

W. H. Turner, of Carthage, Tenn., and Lewis Tillman, of Nashville, Tenn., and G. C. Boyd, of Cookeville, Tenn., for appellee.

PER CURIAM.

Dismissed pursuant to motion of appellant.

**UNITED STATES of America v. Mrs. Adam Warren McMAHAN, Adm'x.**

No. 6987.

Circuit Court of Appeals, Sixth Circuit.

April 9, 1936.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

Geo. J. Coleman, of Memphis, Tenn., and Lewis Tillman, of Nashville, Tenn., for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It appearing that there was no substantial evidence that appellee's intestate, Adam Warren McMahan, became totally and permanently disabled within the life of the policy sued upon, and that the motion for a directed verdict made by appellant at the close of all the evidence should have been granted, it is ordered and adjudged that the judgment be, and the same is, reversed, and the cause remanded for new trial.